# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Vavra, | Case No. 19-cv-287-JNE-KMM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES** |
| Dane Street LLC, | |
| Defendant. | |

The parties notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable. Accordingly, the parties respectfully request that the Court vacate all deadlines as set forth in the Court's Pretrial Scheduling Order.

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

Dated: 05/24/19

HEIMERL & LAMMERS, LLC.

*/s/ T.B.*

Taylor B. Cunningham (#0400041)
Michael B. Lammers (#0389004)
Attorney for Plaintiff
901 North Third Street, Suite 110
Minneapolis, MN 55401
Phone: (612) 294-2200
taylorc@hllawfirm.com
mike@hllawfirm.com