# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Vavra, | Case No. 19-cv-287-JNE-KMM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |
| Dane Street LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Shannon Vavra and by Defendant Dane Street LLC, through its counsel, that the above-captioned action may and shall be dismissed in its entirety, with prejudice, and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party. The parties accordingly request a dismissal order consistent with this stipulation.

Dated: 7/29/19

HEIMERL & LAMMERS, LLC.

/s/ Taylor B. Cunningham

_____
Taylor B. Cunningham (#0400041)
Michael B. Lammers (#0389004)
Attorney for Plaintiff
901 North Third Street, Suite 110
Minneapolis, MN 55401
Phone: (612) 294-2200
taylorc@hllawfirm.com
mike@hllawfirm.com

Dated:   7/29/19                                **BRIGGS AND MORGAN, P.A.**


By: /s/ Edward McNamara
    David A. Schooler (#0225782)
    Ellen A. Brinkman (#0386578)
    Kristin M. Simonet (#0399213)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Fax:           (612) 977-8650
Email:      dschooler@briggs.com
           ebrinkman@briggs.com
           ksimonet@briggs.com
and

Edward McNamara (*pro hac vice*)
Bruce Liebman (*pro hac vice*)
Kaufman Dolowich Voluck
100 SE Third Avenue, Suite 1500
Fort Lauderdale, FL  33394
Telephone: 954-302-2360
Fax: 888-464-7982
emcnamara@kdvlaw.com
bliebman@kdvlaw.com


**ATTORNEYS FOR DEFENDANT DANE STREET, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY**