UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon Vavra,   Civil No. 19-287 (JNE/KMM)

    Plaintiff,

v.   ORDER

Dane Street, LLC, *a Massachusetts limited liability company*,

    Defendant.

On July 29, 2019, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 18]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: July 30, 2019

                                         s/ Joan N. Ericksen
                                         JOAN N. ERICKSEN
                                         United States District Judge